IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDWARD MEADOWS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SOTERIA FORCE, and SOTERIA LOSS PREVENTION FIRM, INC., <br><br> Defendants. | CIVIL ACTION FILE NO. <br> NO. 1:16-CV-2039-SCJ |

## ORDER

This civil action is before the Court on the Notice of Suggestion of Bankruptcy by Defendants Soteria Force and Soteria Loss Prevention, Inc. [Doc. No. 36]. The Court had previously entered a stay as to remaining Defendant Woodrow Tillery pending resolution of his bankruptcy action [Doc. No. 33]. As there are no other parties or claims which can proceed at this time, this action is **STAYED** in its entirety pursuant to 11 U.S.C. § 362(a).

It is hereby **ORDERED** that this action be **ADMINISTRATIVELY TERMINATED** by the Clerk. This matter may be reopened upon motion of any party within thirty (30) days of the resolution of Defendants' bankruptcy actions.

IT IS SO ORDERED, this 25th day of October, 2017.

/s/ Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE